UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case No.: __14-15889__ |
| Albert Jackson and Charlotte Lanore Jackson | : | |
| | : | Adv. No.: _____ |
| | : | |
| | : | Judge: __Sherwood__ |
| Debtor (s), | : | |
| _____ : | | Chapter: _____13_____ |

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____John K. Sherwood_____, United States Bankruptcy Judge.

**Reason for Hearing:** Certification in Opposition to Certification of Default of Standing Trustee, re: Debtors failure to make plan payments

**Location of Hearing:** Courtroom No. _3D_
_US BANKRUPTCY COURT_
_50 WALNUT STREET, 3RD FL_
_NEWARK, NJ 07102_

**Date and Time:** August 25, 2016 @ 9:00 am,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** _✔_ ARE REQUIRED    _____ ARE NOT REQUIRED

DATED:    _August 4, 2016_        JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on  August 4_____, 20 16 the foregoing notice was served on the following:  Debtor, Debtor's Attorney, Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Albert Jackson  
Charlotte Lanore Jackson  
    Debtors

Case No. 14-15889-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Aug 04, 2016  
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2016.  
db/jdb       +Albert Jackson,   Charlotte Lanore Jackson,   1220 Central Ave,   Plainfield, NJ 07060-2815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2016                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2016 at the address(es) listed below:
        Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        Denise E. Carlon   on behalf of Creditor   Wells Fargo Bank, N.A.  
         bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Scott E. Tanne   on behalf of Joint Debtor Charlotte Lanore Jackson info@tannelaw.com,  
         clerk@tannelaw.com  
        Scott E. Tanne   on behalf of Debtor Albert  Jackson info@tannelaw.com,   clerk@tannelaw.com  
                                                                                                                                   TOTAL: 5