UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                  Case No.:    14-15889

Albert Jackson and Charlotte Lanore Jackson

                                                        Adv. No.:    _____

                                                        Judge:       Sherwood

Debtor (s),

                                                        Chapter:     13

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____John K. Sherwood_____, United States Bankruptcy Judge.

**Reason for Hearing:**    Certification in Opposition to Certification of Default of Standing Trustee, re: Debtors failure to make plan payments

**Location of Hearing:**    Courtroom No. 3D
US BANKRUPTCY COURT
50 WALNUT STREET, 3RD FL
NEWARK, NJ 07102

**Date and Time:**    October 27, 2016 @ 9:00 am,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ✔ ARE REQUIRED        ____ ARE NOT REQUIRED

DATED:    September 27, 2016                JAMES J. WALDRON, Clerk

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on September 27, 20 16 the foregoing notice was served on the following: Debtor, Debtor's Attorney, Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 14-15889-JKS
Albert Jackson                                                              Chapter 13
Charlotte Lanore Jackson
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1            Date Rcvd: Sep 27, 2016
                                Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2016.
db/jdb         +Albert Jackson,   Charlotte Lanore Jackson,   1220 Central Ave,   Plainfield, NJ 07060-2815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016                                      Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2016 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Scott E. Tanne    on behalf of Joint Debtor Charlotte Lanore Jackson info@tannelaw.com,
           clerk@tannelaw.com
          Scott E. Tanne    on behalf of Debtor Albert  Jackson info@tannelaw.com,  clerk@tannelaw.com
                                                                                             TOTAL: 5