Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 14−15889−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Albert Jackson                                              Charlotte Lanore Jackson
   1220 Central Ave                                       1220 Central Ave
   Plainfield, NJ 07060                              Plainfield, NJ 07060

Social Security No.:
   xxx−xx−8091                                             xxx−xx−6033

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on November 17, 2016.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 17, 2016
JJW: zlh

                                                                                 James J. Waldron
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 14-15889-JKS
Albert Jackson                                                                                  Chapter 13
Charlotte Lanore Jackson
        Debtors                          **CERTIFICATE OF NOTICE**

District/off: 0312-2            User: admin                  Page 1 of 2               Date Rcvd: Nov 17, 2016
                                Form ID: 148                 Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2016.
```
db/jdb       +Albert Jackson,    Charlotte Lanore Jackson,    1220 Central Ave,    Plainfield, NJ 07060-2815
514663566    +Dept Of Ed/sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
514663570    +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
514663571    +Experian,    PO BOX 9701,    Allen, TX 75013-9701
515557301    +HESAA,    PO Box 548,    Trenton, NJ 08625-0548
515005600     Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
              Wilkes-Barre, PA 18773-9635
514838662    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
              PO Box 245,    Trenton, NJ 08695-0245)
514663577    +State Of Nj Highed Ed,    4 Quakerbridge Plaza,    Trenton, NJ 08619-1241
514663578    +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000
514717614    +U.S. Department of HUD,    C/o Deval LLC,    1255 Corporate Drive, #300,    Irving, TX 75038-2585
514663580    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
              Frederick, MD 21701)
514663581    #+Zucker Goldberg & Ackerman,    Attorneys at Law,    200 Sheffield Street - Suite 301,
              PO BOX 1024,    Mountainside, NJ 07092-0024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2016 23:17:49     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2016 23:17:45     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           +EDI: RMSC.COM Nov 17 2016 22:53:00     Synchrony Bank,    c/o Recovery Mmgt. Sys.,
              25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
514706130     EDI: AIS.COM Nov 17 2016 22:53:00     American InfoSource LP as agent for,
              T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
514814858     EDI: AIS.COM Nov 17 2016 22:53:00     American InfoSource LP as agent for,    Verizon,
              PO Box 248838,    Oklahoma City, OK  73124-8838
514663563     EDI: WFNNB.COM Nov 17 2016 22:53:00     Comenity Bank/HSN,    Attn: Bankruptcy,    Po Box 183686,
              Columbus, OH 43218
514663564    +EDI: WFNNB.COM Nov 17 2016 22:53:00     Comenity Bank/HSN,    995 W 122nd Ave,
              Westminster, CO 80234-3417
514663565    +EDI: WFNNB.COM Nov 17 2016 22:53:00     Comenity Bank/lnbryant,    4590 E Broad St,
              Columbus, OH 43213-1301
514663569    +E-mail/Text: bknotice@erccollections.com Nov 17 2016 23:17:51     Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
514663568    +E-mail/Text: bknotice@erccollections.com Nov 17 2016 23:17:51     Enhanced Recovery Corp,
              Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
514663572    +EDI: IRS.COM Nov 17 2016 22:53:00     Internal Revenue Service,    PO BOX 7346,
              Philadelphia, PA 19101-7346
514663573    +E-mail/Text: bankruptcy@onlineis.com Nov 17 2016 23:18:26     Online Collections,    Po Box 1489,
              Winterville, NC 28590-1489
514663575     EDI: PRA.COM Nov 17 2016 22:53:00     Portfolio Recovery,    120 Corporate Blvd Ste 1,
              Norfolk, VA 23502
514663574     EDI: PRA.COM Nov 17 2016 22:53:00     Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
              Norfolk, VA 23541
514837154     EDI: PRA.COM Nov 17 2016 22:53:00     Portfolio Recovery Associates, LLC,    c/o Jc Penney,
              POB 41067,    Norfolk VA 23541
514761196     EDI: Q3G.COM Nov 17 2016 22:53:00     Quantum3 Group LLC as agent for,    Comenity Bank,
              PO Box 788,    Kirkland, WA 98083-0788
514692185     EDI: Q3G.COM Nov 17 2016 22:53:00     Quantum3 Group LLC as agent for,    Comenity Capital Bank,
              PO Box 788,    Kirkland, WA 98083-0788
515306579     EDI: RMSC.COM Nov 17 2016 22:53:00     Synchrony Bank,
              c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
514663579    +EDI: VERIZONEAST.COM Nov 17 2016 22:53:00     Verizon,    500 Technology Dr,
              Weldon Spring, MO 63304-2225
514967323    +EDI: WFFC.COM Nov 17 2016 22:53:00     Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,
              MAC# D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
                                                                                               TOTAL: 20
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Nov 17, 2016
                              Form ID: 148               Total Noticed: 32

514663567*      +Dept Of Ed/sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
514663576*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of NJ Division of Taxation,    PO BOX 187,
                 Trenton, NJ 08695-0187)
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2016 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              Scott E. Tanne    on behalf of Joint Debtor Charlotte Lanore Jackson info@tannelaw.com,
               clerk@tannelaw.com
              Scott E. Tanne    on behalf of Debtor Albert  Jackson info@tannelaw.com,   clerk@tannelaw.com
                                                                                             TOTAL: 5
```